UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RAMON AGUILAR MAQUEDA,<br><br>                                      Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN; CHRISTOPHER LaROSE; GREGORY ARCHAMBEAULT; TODD M. LYONS, TODD BLANCHE; IMMIGRATION AND CUSTOMS ENFORCEMENT; and DEPARTMENT OF HOMELAND SECURITY,<br><br>                                      Respondents. | Case No.: 3:26-cv-3522-JES-JLB<br><br>**ORDER GRANTING BOND HEARING**<br><br>**[ECF No. 1]** |

Before the Court is Petitioner Carlos Ramon Aguilar Maqueda's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 4. In their return, Respondents acknowledge that prior orders from this district have directed bond hearings in similar cases and that Respondents do not oppose a bond hearing. *Id.* Petitioner did not file a traverse.

//

1

Accordingly, the Court **GRANTS** the petition as follows:

(1)   The Court **ORDERS** the government to provide Petitioner (noncitizen) with a bond determination hearing under 8 U.S.C. § 1226(a) within **fourteen days** of this Order, unless the noncitizen requests a continuance. At the hearing, the government must provide the noncitizen with a constitutionally adequate and individualized bond hearing, where the IJ **may not** deny the noncitizen bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2)   The government is **ORDERED** to File a Notice of Compliance within **five days** of providing the noncitizen with a bond determination hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: June 22, 2026

_____

Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-3522-JES-JLB